# EXHIBIT B

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



S-SFRECS20  L-10-M  R-101
PB4V3801Z00094 - 597052545 I01025
GREGG CARDIN
4928 W CARMEN AVE
CHICAGO IL 60630-2424



P.O. Box 10826
Greenville, SC 29603-0826

Phone: 800-365-7107
Fax: 866-467-1137
www.shellpointmtg.com

Hours of operation
Mon - Thur: 8:00AM-10:00PM
Fri: 8:00AM-10:00PM
Sat: 8:00AM-3:00PM

November 12, 2019

GREGG CARDIN
4928 W CARMEN AVE
CHICAGO IL 60630

Account Number: ███████
Principal Balance: $191,312.39
Property Address: 1550 S BLUE ISLAND AVE UNIT
CHICAGO, IL 60608

Dear Homeowner:

**Shellpoint Mortgage Servicing ("Shellpoint")** welcomes you! We're pleased that the owner of your mortgage loan has entrusted us to service your account.

**The servicing of your mortgage is being transferred.** Effective 11/01/2019, the **servicing** of your mortgage loan (collecting payments, paying taxes and insurance, etc.) transfers from Ditech to Shellpoint.

**The convenience of autowithdrawal.** ACH/autowithdrawal arrangements you made with your previous servicer transferred to Shellpoint. Your payments will continue to be drafted from your checking or savings account.

**Making your payments.** Starting on 11/01/2019, make your mortgage payments payable to **Shellpoint Mortgage Servicing** at the address shown on the attached payment coupon. Your prior servicer, Ditech, will stop accepting payments on 11/01/2019. Shellpoint will start accepting mortgage payments on 11/01/2019. **Please use the attached coupon to mail us a check for your first payment. Starting with your next payment, we will send you regular monthly statements that include payment coupons.**

**Other payment options.** Don't want to write monthly checks? Our other payment options include:

- **Free automatic withdrawal** from your bank account (also called "ACH").
- **Online payments** (via our website).
- **Pay by phone** (using either our automated phone system or by speaking with a live Customer Care representative).

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

L-10-M

✂ Detach Temporary Payment Coupon And Return With Payment ✂

## PAYMENT COUPON

GREGG CARDIN
4928 W CARMEN AVE
CHICAGO IL 60630

| | |
|---|---|
| Loan Number | ███████ |
| First Payment Due Date: | 12/01/2019 |
| Monthly Payment Amount | $ 1,205.23 |
| **Amount Enclosed:** | **$** |

**Enter the amount enclosed, and mail your payment check with this coupon to:**

⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴⑴
SHELLPOINT MORTGAGE SERVICING
P.O. BOX 740039
CINCINNATI, OH 45274-0039

**Manage your mortgage online.** To help you manage your mortgage account, we've created a set of easy-to-use online **tools**. Just use your computer, tablet, or phone to visit our website at **www.shellpointmtg.com**. If you haven't already done so, select the **Setup Your Account** option from the **Tools** menu and create an account with us. After you've set up your account, you can make payments, view and print statements, get answers to common questions, chat with a live representative, and more.

**Call us if you need to** at **800-365-7107**. Our **automated phone system** gives you 24-hour access to your account, so you can make payments, check payment status, get answers to common questions, and access a wide range of account information. If you need to speak with someone, our Customer Care Team is available Monday through Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM EST.

**Were you working on a loss mitigation plan?** If you were engaged in a loss mitigation plan or evaluation with your previous servicer – or if you applied for such a plan – please call us right away. Dial 866-825-2174 so we can make sure your plan information has been properly transferred to us. If necessary, we will contact your previous servicer to obtain missing documents.

**¿Hablas Español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al numero **800-365-7107**.

*Welcome to Shellpoint!* We look forward to serving you, and we're committed to providing you with an excellent mortgage-servicing experience.

Sincerely,

*Customer Care Team*
**Shellpoint Mortgage Servicing**
P.O. Box 10826
Greenville, SC 29603-0826
**800-365-7107**

# Helping You Manage Your Mortgage

Please review the following important information regarding your loan payments. Our records indicate that your 12/01/2019 payment is due. As of the date of this letter, the principal balance is $191,312.39 and your escrow balance is $-1,487.72. You will receive a billing statement from Shellpoint each month. Effective 11/01/2019, please begin sending your mortgage payments to Shellpoint using one of the options below.

## Easy Ways to Pay

**FREE Automatic Withdrawal (ACH):** Sign up online at www.shellpointmtg.com. Our ACH options are:
- **Monthly** – Choose your date (1st - 15th)
- **Bi-weekly** – Draft half every other Monday

**Online:** You can make one-time payments using our website when you sign up at www.shellpointmtg.com.

**Mail:**

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

**Phone:** You can make payments over the phone using our automated system or with a Customer Care representative at 800-365-7107.

## Loan Information

To help simplify the management of your mortgage, we have provided the following information.

| Terms of Your Mortgage | |
| --- | --- |
| Loan Number | ██████████ |
| Loan Origination Date | 12/16/2014 |
| Original Loan Amount | $210,500.00 |
| Current Interest Rate | 4.75% |
| Term | 360 months |
| Maturity Date | 01/01/2045 |

| Current Balances | |
| --- | --- |
| Principal Balance | $191,312.39 |
| Escrow Balance | $-1,487.72 |

| Payment Details | |
| --- | --- |
| Contractual Due Date | 12/01/2019 |
| Principal and Interest | $1,098.07 |
| Escrow | $107.16 |
| Total Monthly Payment | $1,205.23 |

## Reach Out to Us

 Call
800-365-7107

 Live Chat
www.shellpointmtg.com

 Secure Email
www.shellpointmtg.com

# *FAQs*

| | |
|---|---|
| **Will my previous servicer still accept my payments?** | The date that your previous servicer will stop accepting payments from you is 10/31/2019. We will begin accepting payments from you on 11/01/2019. Please send all payments due on or after that date. |
| **What if I make a payment to my previous servicer?** | Your previous servicer will forward your payment to us and it will be applied towards the date due. |
| **How can I make payments to you?** | You can pay by check, online, with a Customer Care representative, through our automated IVR (phone system), wire transfer, or by setting up a monthly or bi-weekly ACH. |
| **What if my payment is due during this transfer?** | Continue to make your payments during the first 60 days of transfer. During the first 60 days we will not treat your payments as late and will not apply late fees. |
| **Will the terms of my mortgage loan be affected by this servicing transfer?** | No. The terms of your mortgage are not affected by this transfer, other than those directly related to the servicing of your loan. |
| **What if I have more than one loan?** | This letter refers only to loan number ███████ If more than one loan is transferring to Shellpoint, we will send you a Welcome Letter and information for each loan. When making payments, please send the correct loan amounts separately, referencing each account. |

Except in limited circumstances, the law requires your present servicer to send notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or transfer date or at closing. The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage, other than the terms directly related to the servicing of your loan (e.g. payments and inquiries).

If you pay by check, you are authorizing Shellpoint Mortgage Servicing to use the check information to make a one-time electronic debit for each check presented from the account at the financial institution designated on the check. This electronic debit will be for the exact amount indicated on the check.

By January 31 of each year, Shellpoint Mortgage Servicing provides an Annual Tax and Interest Statement for IRS reporting on the portion of the previous year that Shellpoint Mortgage Servicing serviced your loan. If your loan is currently escrowed for taxes and/or insurance, Shellpoint Mortgage Servicing is required by law to analyze your loan. Shellpoint Mortgage Servicing will notify you in writing if your payment amount changes.

Premiums for mortgage life, accidental death or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage through direct billing. Please contact your previous servicer if you are unsure of your carrier's name.

You should also be aware of the following information, which is explained in more detail in Section 6 and Section 12 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605, 12 CFR Sections 1024.35 and 1024.36).

RESPA Section 6 and Section 12 give you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within five (5) business days of receiving your request. A "qualified written request" is a written correspondence—other than writing on a payment coupon or other payment-related documents supplied by your servicer—that includes your name, account number, and reasons for the request. Send all qualified written requests to Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826; or you can call 800-365-7107.

No later than thirty (30) days (not including weekends and legal public holidays) after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 30-day period, your servicer may not provide information to a consumer-reporting agency concerning any overdue payment related to the 30-day period or your qualified written request. However, the servicer may still begin foreclosure proceedings if proper grounds exist under the mortgage documents.

A "business day" is a day on which the offices of the business are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals if servicers are shown to have violated the requirements of that Section. Seek legal advice if you believe your rights have been violated.

If you have any questions for your previous servicer, Ditech, about your mortgage loan or this transfer, please contact their Customer Service department:

Ditech
PO Box 15009
Tempe, AZ 85284
(800) 643-0202

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电** 800-365-7107，**我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

Illinois
The primary regulatory authority having jurisdiction over the residential lending activities of Shellpoint Mortgage Servicing is the Federal Trade Commission. Their information is below:

Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580

Illinois
La autoridad competente de regulación primaria sobre las actividades de préstamos residenciales de Shellpoint Mortgage Servicing es la Comisión Federal de Comercio. La información es a continuación:

Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580

# FEE SCHEDULE

The following list provides general information on common non-state specific costs that could be associated with servicing your mortgage loan. It is not a complete list of all costs that could be assessed to such an account. This schedule is provided for informational purposes only.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Late Charge Fee | Assessed for payments received after the due date and expiration of any applicable grace period | Up to 5%[1] | |
| NSF or Returned Check Fee | Fee assessed when a payment is rejected by your bank upon second presentment | $0 | $50[1] |
| Prepayment Fee | A fee that may be required, based on your loan documents, if you prepay the loan | See Loan Documents[2] | |
| Property Valuation Fee | Fee charged if we are required to determine the condition and value of your home; may be in the form of a Broker Price Opinion, appraisal, or other Valuation of Property | $80 | $450 |
| Property Inspection Fee | Fee charged if we are required to determine the condition of your property | $0 | $50 |
| Appraisal Fee | Fee charge to conduct an appraisal of fair market value based on an inspection of the interior and/or exterior of a property. | $95 | $1,000 |
| Property Preservation Fee | If the property is vacant and/or abandoned services may be provided to treat and prevent damages to the property per service needed | $5 | $3,000 |
| Field Visit Fee | Fee charged if we are required to send a field agent to deliver a notice and determine the occupancy status of the property | $40 | $60 |
| Partial Release Fee | Fee charged for preparing the documents to modify the outstanding lien on your property | $0 | $250 |
| Lien Release Fee | Fee charged at payoff for preparing the documents to release the lien on your property | $0 | $100 |
| Recording Fee | Fee charged by the county clerk to record the release or satisfaction of lien at payoff | $0 | $100[3] |
| Subordination Fee | Charge for making a lien on a property subject or junior to a priority lien | $0 | $300 |
| Breach Letter Fees | Fee charged to send letters because of a default on your loan | $0 | $35 |
| Bankruptcy Fees and Costs | Fee charged once a bankruptcy is filed, attorney costs may be incurred as part of the bankruptcy process per action needed | $0 | $2,000 |
| Litigation Fees and Costs | Fee charged as a result of litigating a claim against borrower | $350 | $20,000 |
| Attorney Fees and Costs | Fee charges to compensate attorney for services rendered | $30 | $35,000 |

The frequency of the costs will depend on how often services are requested or required, your payment status, and both investor and legal requirements.

The fees below will be imposed for services you request. You will be asked to agree to pay these charges at the time you request the service.

| Type of Fee | Description | From | To[1] |
|---|---|---|---|
| Convenience Fee | Fee charged for making a payment by phone with an agent or over the internet | $0 | $10 |
| Loan Document Fee | Fee charged for documentation that is an over burdensome volume of document copy request for loan documents. | $0 | $5 per doc |
| Deed of Trust Copy Fee | Fee charged for a copy of the Deed of Trust or Mortgage | $0 | $8 |
| Amortization Schedule | Fee charged for a copy of the Amortization Schedule. (Please note that we are unable to provide an amortization schedule on daily simple interest loans and option ARM loans) | $0 | $10 |
| Recasting Fee | Fee charged for recasting (or re-amortize) the loan after an additional sum of money to substantially reduce the UPB of the loan and lower the monthly payment | $0 | $300 |
| 3rd Party Verification Fee | Fee charged to provide a verification of mortgage to a third party | $0 | $10 |
| Title Search Fee | Fee charged as a result of performing a title search | $125 | $150 |
| Expedited Payoff Fee | An expedited payoff service fee is charged for receiving a written payoff demand by fax or other expedited means, if allowable by state law. Standard payoff statements via USPS standard mail will not incur a fee. | $0 | $60 |
| Expedited Document Fee | Charged when a document is prepared and sent via fax or certified mail to the borrower or an authorized third party. | $0 | $10 |

[1] The maximum fee allowable varies according to state law and will not exceed state allowable limits.

[2] The prepayment fee, if applicable, is dictated by state law, is usually calculated based on a percentage of your loan amount, and can vary widely. Accordingly, a more accurate prepayment fee estimate can be found in your loan documents.

[3] Recording fees vary by state and county. Shellpoint will follow the fee schedule, adopted by the county and state you reside in, which applies to your loan.

| FACTS | WHAT DOES SHELLPOINT MORTGAGE SERVICING DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **WHY?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **WHAT?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• credit history and credit scores<br>• account balances and payment history |
| **HOW?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Shellpoint Mortgage Servicing chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Shellpoint Mortgage Servicing share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes -** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We do not share |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | No | We do not share |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | No | We do not share |
| **For our affiliates to market to you** | No | We do not share |
| **For nonaffiliates to market to you** | No | We do not share |

| Questions? | Call toll-free 800-365-7107 or visit to www.shellpointmtg.com |
|---|---|

| What we do | |
|---|---|
| **How does Shellpoint Mortgage Servicing protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| **How does Shellpoint Mortgage Servicing collect my personal information?** | We collect your personal information, for example, when you<br>   • apply for a loan or give us your income information<br>   • provide account information or provide employment information<br>   • show your driver's license<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>   • sharing for affiliates' everyday business purposes - information about your creditworthiness<br>   • affiliates from using your information to market to you<br>   • sharing for nonaffiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. Our affiliates include:<br>   • NewRez LLC<br>   • Shellpoint Partners, LLC<br>   • Avenue 365 Lender Services, LLC<br>   • Rate 30<br>   • eStreet Appraisal Management Company |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>   • *We do not share your information with nonaffiliates* |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>   • *We do not have any joint marketing agreements with nonaffiliated companies* |

| Other important information |
|---|
| Shellpoint Mortgage Servicing is a division of NewRez LLC |

Shellpoint Mortgage Servicing           Toll Free Phone:800-365-7107
P.O. Box 10826                   Toll Free Fax: 866-467-1137
Greenville, SC 29603-0826      Contact us online: www.shellpointmtg.com

Main Office NMLS ID#3013     Hours: Monday - Friday: 8:00AM-10:00PM EST
Houston TX Branch Office NMLS         Saturday: 8:00AM-3:00PM EST
ID#1105392

This privacy notice was provided to our customer with account number ▮▮▮▮▮▮ on 11/12/2019.