# EXHIBIT C



# Shellpoint
## Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

3-811-08565-0067498-001-000-000-000-000

GREGG CARDIN
4928 W CARMEN AVE
CHICAGO IL 60630-2424

# MORTGAGE STATEMENT
Statement Date: 12/04/2019

| | |
|---|---|
| Account Number | |
| Next Due Date | 01/01/2020 |
| Amount Due | $1,230.23 |

*If payment is received after 01/16/2020, $0.00 late fee may be assessed.*

Phone: 800-365-7107
Website: www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $342.14 |
| Interest | $755.93 |
| Escrow (Taxes and Insurance) | $107.16 |
| **Regular Monthly Payment** | **$1,205.23** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $25.00 |
| **Total Amount Due** | **$1,230.23** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $190,971.60 |
| Interest Rate | 4.7500% |
| Prepayment Penalty | None |
| Property Address: | 1550 S BLUE ISLAND AVE UNIT CHICAGO IL 60608 |
| Contractual Due Date: | January 1, 2020 |
| Current Escrow Balance: | -$1,380.56 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $340.79 | $5,877.33 |
| Interest | $757.28 | $9,227.38 |
| Escrow | $107.16 | $1,106.65 |
| Fees/Late Charges | $0.00 | $0.00 |
| **Total** | **$1,205.23** | **$16,211.36** |

### Transaction Activity (11/16/2019 - 12/03/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/03/2019 | Regular Payment - (Due 12/1/2019) | $0.00 | $1,205.23 |

### Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

**For questions regarding the servicing of your loan, please contact customer care at 800-365-7107.**

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

---

Detach and return with payment.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



# Shellpoint
## Mortgage Servicing

Loan Number: 
GREGG CARDIN

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

Property Address:
1550 S BLUE ISLAND AVE UNIT
CHICAGO IL 60608

### Amount Due

| | |
|---|---|
| Payment Due Date | 01/01/2020 |
| Total Amount Due | $1,230.23 |

*$0.00 late fee may be charged after 01/16/2020*

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

005-0814-1100F

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- ---

## Address, Phone, and Name Changes

Type of change (check all that apply)

____ Address  ____ Phone  ____ Name**  ____ Email Address

**Please remember:
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____  Social Security Number: _____

Old Borrower Name: _____  New Borrower Name: _____

Old Co-Borrower Name: _____  New Co-Borrower Name: _____

Borrower Signature: _____  Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

New Phone Number: Day (_ _ _) _ _ _-_ _ _ _   Evening (_ _ _) _ _ _-_ _ _ _   Email Address _____