# EXHIBIT D

SHELLPOINT MORTGAGE SERVICING
PO BOX 7050
TROY MI 48007-7050

GREGG CARDIN
4928 W CARMEN AVE
CHICAGO IL 60630



PO Box 7050  Troy MI 48007-7050

January 9, 2020

GREGG CARDIN
4928 W CARMEN AVE
CHICAGO, IL 60630

Subject:      **Please provide insurance information for:**
              **Property Address:** 1550 S BLUE ISLAND AVE UNIT
                              CHICAGO, IL 60608 0000

              Loan Number:      ███████████

Dear GREGG CARDIN :

Our records show that your homeowner's association (HOA) hazard insurance expired and we do not have evidence that your homeowner's association has obtained new coverage. **Because homeowner's association (HOA) hazard insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect but you do not have insurance.

You should immediately provide us with your insurance information. We urge you to contact your Homeowner's Association to obtain current evidence of homeowner's association (HOA) hazard insurance for your property referenced above. This information must be provided in writing and can be faxed to our Insurance Department at (248) 878-2370. You may also submit your insurance policy online at https://www.ExpressInsuranceInfo.com/2919836, or mail it to the following address:

Shellpoint Mortgage Servicing
ISAOA / ATIMA
PO Box 7050
Troy, MI 48007-7050

The insurance we buy:

- **May be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**



PO Box 7050  Troy MI 48007-7050

If you have any questions, please contact us at (877) 491-7277.

Please review additional information provided in the same transmittal.

Sincerely,

Shellpoint Mortgage Servicing
Insurance Department

Phone:      (877) 491-7277 Monday - Friday, 8 am to 6 pm ET
Fax:          (248) 878-2370



PO Box 7050  Troy MI 48007-7050

Loan Number: ███████

## SUPPLEMENTAL INFORMATION

Shellpoint Mortgage Servicing is a debt collector. This letter is an attempt to collect a debt and any information obtained will be used for that purpose. To the extent that your obligation has been discharged or is subject to an automatic stay of bankruptcy this notice is for compliance and informational purposes only and does not constitute a demand for payment or any attempt to collect such obligation.

Please be aware of your obligation to maintain homeowner's association hazard insurance on the property referenced on the first page of this letter that secures your federally related mortgage. We may obtain insurance coverage at your expense if you do not provide documentation of your existing coverage in a timely manner. The insurance cost may be significantly higher than the cost of insurance you can buy yourself. The insurance we purchase may only protect Shellpoint's interest and not your interest.

If you desire to maintain your voluntary insurance policy, we can advance the premium due from your escrow account if you: (a) accept the offer of the escrow account; (b) provide a copy of the invoice from your insurance company (c) agree in writing to reimburse the escrow advances through regular escrow payments (d) agree to escrow for the repayment of the advanced premium and to pay for future premiums necessary to maintain the required policy; and (e) agree that we will manage the escrow account in accordance with the loan documents and with state and federal law.