# EXHIBIT F

Doc#. 2030646062 Fee: $98.00
Edward M. Moody
Cook County Recorder of Deeds
Date: 11/03/2020 09:45 AM Pg: 1 of 1

# ILLINOIS

COUNTY OF **COOK (A)**

LOAN NO.: ███████

PREPARED BY: **FIRST AMERICAN MORTGAGE SOLUTIONS**
**1795 INTERNATIONAL WAY**
**IDAHO FALLS, ID 83402**
WHEN RECORDED MAIL TO:
**FIRST AMERICAN MORTGAGE SOLUTIONS**
**1795 INTERNATIONAL WAY**
**IDAHO FALLS, ID 83402**
PH. **208-528-9895**
PARCEL NO. **17-20-128-028-1128; 117-20-128-028-1356**



# RELEASE OF MORTGAGE

The undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS**, located at **P.O. BOX 2026, FLINT, MICHIGAN 48501-2026**, the Mortgagee of that certain Mortgage described below, does hereby release and reconvey, to the persons legally entitled thereto, all of its right, title, and interest in and to the real estate described in said Mortgage, forever satisfying, releasing, cancelling, and discharging the lien from said Mortgage.

Said Mortgage dated **DECEMBER 15, 2014** executed by **GREGG CARDIN**, Mortgagor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS**, Original Mortgagee, and recorded on **DECEMBER 29, 2014** as Instrument No. **1436357057** in the Office of the Recorder of Deeds for **COOK (A)** County, State of **ILLINOIS**.

LEGAL DESCRIPTION: **UNIT 810 AND PARKING UNIT P- 127 TOGETHER WITH ITS UNDIVIDED PERCENTAGE INTEREST IN THE COMMON ELEMENTS IN UNIVERSITY STATION CONDOMINIUMS AS DELINEATED AND DEFINED IN THE DECORATION RECORDED AS DOCUMENT NO. 0635215068, AS AMENDED IN THE NORTHWEST 1/4 OF SECTION 20, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**

PROPERTY ADDRESS: **1550 S BLUE ISLAND AVENUE, UNIT 810, CHICAGO, IL 60608**

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed on **SEPTEMBER 30, 2020.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS**

**DEBORAH REIMER, VICE PRESIDENT**

STATE OF **IDAHO** COUNTY OF **BONNEVILLE** ) ss.

On **SEPTEMBER 30, 2020**, before me, **VALENTIN SALCEDO**, personally appeared **DEBORAH REIMER** known to me to be the **VICE PRESIDENT** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

**VALENTIN SALCEDO (COMMISSION EXP. 07/21/2022)**
NOTARY PUBLIC

VALENTIN SALCEDO
Notary Public - State of Idaho
Commission Number 68110
My Commission Expires Jul 21, 2022

POD: 20200923
SH8070117IM - LR - IL

**Page 1 of 1**



MIN: ███████████

MERS PHONE: 1-888-679-6377