UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGG T. CARDIN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>    Defendant. | Case No. 1:21-cv-03350<br><br>Honorable Franklin U. Valderrama |

**UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS**

**NOW COMES** GREGG T. CARDIN ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file his response to Defendant NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING'S ("Defendant") Motion to Dismiss and to Strike Class Allegations, and in support thereof, stating as follows:

1.   On June 22, 2021, Plaintiff filed the instant class action against Defendant seeking redress for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*, violations of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1 *et seq.*, and unjust enrichment [Dkt. 1]

2.   On November 9, 2021, Defendant, after receiving two extensions to submit its responsive pleading, filed a Motion to Dismiss Plaintiff's claims in their entirety ("Defendant's Motion"). [Dkt. 15]

3.   On November 10, 2021, the Court entered an Order requiring Plaintiff to file his response to Defendant's Motion on or before December 3, 2021. [Dkt. 17].

4. Due to a recent COVID-19 breakthrough infection and other professional deadlines, Plaintiff's counsel is requesting a 17-day extension, through December 20, 2021, to submit his response.

5. Plaintiff's counsel conferred with Defendant's counsel regarding the relief sought herein and Defendant has no objection.

6. The extension is sought in good faith and will not prejudice Defendant.

7. Based on the foregoing, there is good cause to grant the extension sought herein.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (1) extending the deadline for Plaintiff to submit his response to Defendant's Motion through December 20, 2021; (2) extending the deadline for Defendant to submit its reply through January 6, 2022; and (3) granting any further relief this Court deems appropriate.

Dated: December 3, 2021

Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, certify that on December 3, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Mohammed O. Badwan*