**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GREGG T. CARDIN, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case no. 1:21-cv-03350 |
| v. | ) ) | Honorable: Franklin U. Valderrama |
| NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT SHELLPOINT'S MOTION STAY DISCOVERY**

Pursuant to Fed. R. Civ. P. 26(c)(1), defendant NewRez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**), moves to stay discovery pending the outcome of its motion to dismiss. The basis to stay discovery is fully set forth in Shellpoint's memorandum of law and the declaration of Rebekah Carpenter dated December 17, 2021, which are incorporated here by reference and filed contemporaneously.

Dated: December 17, 2021

Respectfully Submitted,

NewRez LLC d/b/a Shellpoint Mortgage Servicing

*/s/ Rebekah A. Carpenter*
Rebekah A. Carpenter (ARDC #6305616)
Geneka L. Holyfield (ARDC #6325671)
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
(312) 634-5700 Telephone
rebekah.carpenter@akerman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ***Defendant Shellpoint's Motion to Stay Discovery*** was filed and served upon all parties via the Court's CM/ECF system on December 17, 2021.

/s/ *Rebekah A. Carpenter*

Rebekah A. Carpenter (ARDC #6305616)