# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Gregg T. Cardin

     Plaintiff,

v.            Case No.: 1:21–cv–03350
            Honorable Franklin U. Valderrama

NewRez LLC

      Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, March 18, 2022:


   MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion and memorandum in support, the Court grants Defendant's Unopposed Motion to Stay Class Discovery [44]. Class discovery is stayed pending a ruling on Defendant's motion to dismiss [39]. Mailed notice (axc).



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.